IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE,<br><br>          Plaintiff,<br><br>   v.<br><br>CHRISTIAN STEN, et al.,<br><br>          Defendants.<br>_____/ | No. C-10-02189 DMR<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), this Court, *sua sponte*, refers the above-captioned case, filed on May 21, 2010, to the Honorable William H. Alsup to consider whether this case is related to C-10-01769 WHA, *Scrase v. Sten*, in which the complaint was dismissed and a judgment of dismissal was entered against plaintiff on May 5, 2010. Both cases appear to concern the same defendant and alleged incident filed by the same plaintiff proceeding *pro se*. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

DATED: July 13, 2010

_____
DONNA M. RYU
United States Magistrate Judge